ACCEPTED
01-15-00118-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/15/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

## NO.   01-15-00118-CR

| STATE OF TEXAS | § | IN THE |
|---|---|---|
| | § | |
| V. | § | FIRST COURT |
| | § | |
| SANTOS CRUZ ESCALANTE | § | OF APPEALS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/14/2015 9:44:22 AM
VOID K
CHRISTOPHER A. PRINE
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/15/2015 11:39:00 AM
CHRISTOPHER A. PRINE
Clerk

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Santos Cruz Escalante, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 185th Judicial District Court of Harris County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. Santos Cruz Escalante, and numbered 1311655.

3.      Appellant was convicted of Aggravated Sexual Assault - Child.

4.      Appellant was assessed a sentence of 20 years imprisonment TDCJ-ID on January 15, 2015.

5.      Notice of appeal was given on January 15, 2015.

6.      The clerk's record was filed on March 18, 2015; the reporter's record was filed on March 3, 2015.

7.      The appellate brief is presently due on May 17, 2015.

8.      Appellant requests an extension of time of 30 days from the present date,

i.e. July 14, 2015.

9. One extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant is a sole practitioner who must make appearances in county and district court most every work day.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

DAVID L. GARZA

102 S. LOCKWOOD
HOUSTON, TEXAS 77011
713/926-4604
713/926-0373 FAX

By: /s/ *DAVID L. GARZA*
DAVID L. GARZA
STATE BAR NO.: 07731475
david@dlgarza.com
Attorney for Santos Cruz Escalante

## CERTIFICATE OF SERVICE

This is to certify that on June 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, 1201 FRANKLIN, HOUSTON, TEXAS 77002, by hand delivery.

/s/ *DAVID L. GARZA*
DAVID L. GARZA